# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. MITCHELL,<br><br>    Plaintiff,<br><br>    v.<br><br>J. BEARD, et al.,<br><br>    Defendants. | Case No.  1:15-cv-01512 DLB PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO FILE FIRST AMENDED COMPLAINT<br><br>[ECF No. 12] |

Plaintiff John E. Mitchell, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 5, 2015.[1]

On December 24, 2015, Plaintiff filed a motion to amend the complaint.  Rule 15(a)(1) of the Federal Rules of Civil Procedure provides that Plaintiff may amend his pleading once as a matter of course within 21 days of serving it or 21 days after service of a responsive pleading.  In this case, Defendants have not yet filed a responsive pleading.  Therefore, Plaintiff may amend as matter of course.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for leave to file a First Amended Complaint is GRANTED, and Plaintiff is GRANTED thirty (30) days from the date of

---

[1] Plaintiff consented to the jurisdiction of the Magistrate Judge on October 16, 2015.

1  service of this Order to file the First Amended Complaint.

2
3  IT IS SO ORDERED.

4  Dated:   **January 7, 2016**              /s/ *Dennis L. Beck*
5                                    UNITED STATES MAGISTRATE JUDGE