1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10

JOHN E. MITCHELL,                          Case No. 1:15-cv-01512 DLB PC

11

        Plaintiff,                          ORDER DISREGARDING PLAINTIFF'S
                                               SUPPLEMENT TO MOTION FOR

12

        v.                                 PRELIMINARY INJUNCTION
                                               [ECF No. 14]

13

J. BEARD, et al.,

14

        Defendants.

15

          _____/

16

      Plaintiff John E. Mitchell, a state prisoner proceeding pro se and in forma pauperis, filed

17

this civil rights action pursuant to 42 U.S.C. § 1983 on October 5, 2015.[1]

18

      On October 8, 2015, Plaintiff filed a motion for preliminary injunction.  On November 4,

19

2015, the Court denied Plaintiff's motion for preliminary injunction for lack of standing.   On

20

January 7, 2016, Plaintiff filed a supplement to his motion for preliminary injunction.   In his

21

pleading, Plaintiff states this to be his second supplement to his original motion.  Plaintiff is

22

advised that his motion for preliminary injunction was denied on November 4, 2015, as noted

23

above.  Therefore, the supplement will be disregarded.  To the extent Plaintiff wishes to renew his

24

motion or request the supplement be considered a second motion for preliminary injunction, his

25

request is denied.

26

      As discussed in the Court's previous order, Plaintiff must demonstrate he has standing to

27

seek preliminary injunctive relief.  Summers v. Earth Island Institute, 555 U.S. 488, 493, 129 S.Ct.

28

_____

[1] Plaintiff consented to the jurisdiction of the Magistrate Judge on October 16, 2015.

1142 (2009); <u>Mayfield v. United States</u>, 599 F.3d 964, 969 (9th Cir. 2010).  For the same reasons stated in the Court's previous order of November 4, Plaintiff lacks standing to seek the relief requested in his supplement to his motion. <u>Summers</u>, 555 U.S. at 493; <u>Mayfield</u>, 599 F.3d at 969.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that Plaintiff's supplement to his motion for preliminary injunction is DISREGARDED.  To the extent Plaintiff seeks to renew his motion or request the supplement be considered a new motion for preliminary injunction, his request is DENIED.

IT IS SO ORDERED.

Dated:   **January 13, 2016**                    /s/ Dennis L. Beck

UNITED STATES MAGISTRATE JUDGE

2