# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. MITCHELL, | Case No. 1:15-cv-01512 DLB PC |
| Plaintiff, | ORDER DISREGARDING PLAINTIFF'S MOTION TO WITHDRAW SUPPLEMENTAL COMPLAINT AS MOOT |
| v. | |
| J. BEARD, et al., | [ECF No. 31] |
| Defendants. | |

Plaintiff John E. Mitchell, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 5, 2015.[1]  On January 22, 2016, he filed a First Amended Complaint ("FAC").  Plaintiff names as Defendants: Sgt. E. Sanchez; Sgt. L. Munoz; J. D. Ornealas; M. D. Hunter; Nurse Jane Doe #1; and Nurse John Doe #2.

On July 22, 2016, Plaintiff filed a motion to supplement his complaint.  On July 29, 2016, the Court denied his request to supplement with prejudice and directed the Clerk of Court to return the lodged supplement to Plaintiff.

On August 1, 2016, Plaintiff filed a motion to withdraw his motion to supplement. Because the motion to supplement has already been denied, Plaintiff's motion to withdraw it is moot.

///

///

---

[1] Plaintiff consented to the jurisdiction of the Magistrate Judge on October 16, 2015.

1  Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to withdraw his motion to
2 supplement is DENIED as moot.

IT IS SO ORDERED.

   Dated: **August 9, 2016**               /s/ *Dennis L. Beck*
                                                            UNITED STATES MAGISTRATE JUDGE