UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL,<br><br>        Plaintiff,<br><br>    vs.<br><br>J. BEARD, et al.,<br><br>        Defendants. | 1:15-cv-01512-GSA-PC<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO FILE DISPOSITIONAL DOCUMENTS WITHIN THIRTY DAYS (ECF No. 66.)** |

    John Edward Mitchell ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On October 5, 2015, Plaintiff filed the Complaint commencing this action. (ECF No. 1.) This case now proceeds with Plaintiff's Second Amended Complaint, filed on March 13, 2017, against defendant C/O M. Hunter ("Defendant"), for subjecting Plaintiff to adverse conditions of confinement in violation of the Eighth Amendment (ECF No. 42.)

    On February 28, 2018, Defendant filed a notice of settlement of this case and a request to file dispositional documents within thirty days. (ECF No. 66.) Defendant requests the court to set a thirty-day deadline for the filing of dispositional documents with the court. Defense counsel asserts that he is in the process of finalizing the settlement with Plaintiff and Plaintiff's *pro bono* counsel, and the agreement will need to be signed by various individuals located throughout the State, which will take time to accomplish.

The court finds good cause to grant Defendant thirty days in which to submit dispositional documents pursuant to the settlement of this case. Accordingly, IT IS HEREBY ORDERED that Defendant is granted thirty days from the date of service of this order in which to file dispositional documents with the court, pursuant to the settlement of this case.

IT IS SO ORDERED.

Dated: **March 2, 2018** **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE