# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL,<br><br>Plaintiff,<br><br>vs.<br><br>J. BEARD, et al.,<br><br>Defendants. | 1:15-cv-01512-GSA-PC<br><br>ORDER GIVING FULL EFFECT TO STIPULATION FOR VOLUNTARY DISMISSAL, WITH PREJUDICE, UNDER RULE 41<br>(ECF No. 69.)<br><br>ORDER FOR CLERK TO CLOSE CASE |

John Edward Mitchell ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds with Plaintiff's Second Amended Complaint, filed on March 13, 2017, against defendant C/O M. Hunter ("Defendant"), for subjecting Plaintiff to adverse conditions of confinement in violation of the Eighth Amendment. (ECF No. 42.) On January 17, 2018, all remaining defendants and claims were dismissed from this case. (ECF No. 61.)

On April 4, 2018, a stipulation for voluntary dismissal with prejudice under Rule 41 was filed with the Court, containing the signatures of counsel for Plaintiff and counsel for Defendant Hunter. (ECF No. 69.)

Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows plaintiffs to "dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." The stipulation filed on June 30, 2017, is signed by all parties who have appeared

in this case.  Therefore, the parties' stipulation is given full force and effect, and this case is dismissed with prejudice.  The Clerk shall close the case.

Accordingly, IT IS HEREBY ORDERED that:

1.  The parties' stipulation for voluntary dismissal of this action with prejudice is effective as of the date it was filed;

2.  This case is DISMISSED WITH PREJUDICE under Rule 41; and

3.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 5, 2018**                        **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE